# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

v.

**MANGROVE PARTNERS MASTER FUND, LTD., APPLE INC.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-2271

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01046, IPR2016-00062.

-------------------------------------------------

**VIRNETX INC.,**
*Appellant*

v.

**MANGROVE PARTNERS MASTER FUND, LTD., APPLE INC., BLACK SWAMP IP, LLC,**

*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-2272

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos IPR2015-01047, IPR2016-00063, IPR2016-00167.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

<u>March 30, 2023</u>  /s/ Peter R. Marksteiner
    Date  Peter R. Marksteiner
  Clerk of Court