NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

v.

**MANGROVE PARTNERS MASTER FUND, LTD., APPLE INC.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-2271

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01046, IPR2016-00062.

-------------------------------------------------

**VIRNETX INC.,**
*Appellant*

v.

**MANGROVE PARTNERS MASTER FUND, LTD., APPLE INC., BLACK SWAMP IP, LLC,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF**

2    VIRNETX INC. v. MANGROVE PARTNERS MASTER FUND

**COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-2272

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01047, IPR2016- 00063, IPR2016-00167.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, HUGHES and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

VirnetX Inc. moves unopposed for an extension of time until June 5, 2023 by which to file a petition for rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 20, 2023     /s/ Peter R. Marksteiner
Date     Peter R. Marksteiner
    Clerk of Court